```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 00206
  PAOLA RUEDA
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK
          Debtor
  SSN XXX-XX-7582


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/07/08 and confirmed on 03/13/08.

     2.  The case was dismissed after confirmation, 07/25/2008.

     3.  The Debtor paid a total of $     654.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG        .00            .00           .00
CHASE HOME FINANCE         MORTGAGE ARRE        .00            .00           .00
ASSET ACCEPTANCE CORP      UNSECURED         2996.80           .00           .00
CREDIT COLLECTION SERVIC   UNSECURED        NOT FILED          .00           .00
DEPENDON COLLECTION SVC    UNSECURED        NOT FILED          .00           .00
WORLD GYM                  UNSECURED        NOT FILED          .00           .00
     Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00       2996.80        .00        2996.80
PRINCIPAL PAID         .00         .00           .00        .00            .00
INTEREST PAID          .00         .00           .00        .00            .00
TOTAL PAID             .00         .00           .00        .00            .00
The Debtor's attorney, PATRICK A MESZAROS             , was allowed $    3500.00
and was paid $     465.00  direct and $     616.07   through the plan.

The Trustee received $      37.93 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 10/09/08                 /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
CASE NO. 08 B 00206 PAOLA RUEDA
```